## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Martin Dominquez and Victor Castillo,
on behalf of themselves and all others
similarly situated,

                         Plaintiffs,

                                      Civ. No. 06-1002 (RHK/AJB)
                                      **ORDER**

v.

Minnesota Beef Industries, Inc.,

                         Defendant.

This matter is before the Court *sua sponte*. By Order dated February 17, 2009, the Court required Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute, as no activity had appeared on the docket for more than 15 months. Plaintiffs have now responded to that Order, indicating that they are ready to proceed to trial but they believe "that the case, given the relatively small number of Plaintiffs, is . . . amenable to mediation." (Response at 3.)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

     1.    Pursuant to District of Minnesota Local Rules 16.5 and 72.1, this matter is **REFERRED** to Magistrate Judge Boylan for the purpose of conducting an expedited settlement conference; and

2.  In the event the parties are unable to resolve this matter, the Court intends to place it on the trial calendar within 45 days of the conclusion of the settlement conference.

| | |
|---|---|
| Dated: March 3, 2009 | s/Richard H. Kyle<br>RICHARD H. KYLE<br>United States District Judge |